OHIO PARTNERS FOR AFFORDABLE ENERGY, APPELLANT, *v*. PUBLIC
UTILITIES COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *Ohio Partners for Affordable Energy v. Pub. Util.
Comm.*, 112 Ohio St.3d 377, 2006-Ohio-6570.]

(No. 2006–0829—Submitted November 14, 2006—Decided December 20, 2006.)

---

{¶ 1} The order of the commission is affirmed on the authority of *Ohio Consumers' Counsel v. Pub. Util. Comm.*, 110 Ohio St.3d 394, 2006-Ohio-4706, 853 N.E.2d 1153.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Colleen L. Mooney and David C. Rinebolt, for appellant.

Jim Petro, Attorney General, Duane Luckey, Senior Deputy Attorney General, and William L. Wright, Assistant Attorney General, for appellee, Public Utilities Commission of Ohio.

Faruki, Ireland & Cox, P.L.L., Charles J. Faruki, and Jeffrey S. Sharkey, for intervening appellee, the Dayton Power & Light Company.